UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| BOB THACKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO: 4:19-CV-254-JMS-DML ) |
| BAPTIST HEALTHCARE SYSTEMS, INC. | ) ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

The Court, having considered the *Stipulation of Dismissal With Prejudice* filed by the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties responsible for their own attorneys' fees and costs [37].

Date: 12/2/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

All counsel of record.